NUMBER 13-05-409-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

IN RE: JOSEPH HILL JORDAN

 

 

 

                      On Petition for Writ of
Mandamus

 

 

 

                     MEMORANDUM OPINION

 

                       Before Justices Yañez, Castillo,
and Garza

                             Memorandum Opinion Per Curiam

 

Relator Joseph Hill Jordan  filed a petition for writ of mandamus in the
above cause on June 29, 2005.  On July 1,
2005,  the Court requested a response
from  the real party in interest, Mollie Hildebrand.








The Court, having
examined and fully considered the petition for writ of mandamus and the
response, is of the opinion that relator has not shown himself entitled to the
relief sought and that the requests
should be denied.  See Tex. R. App. P. 52.8(a).  The petition for writ of mandamus is DENIED. 

 

PER CURIAM

 

Memorandum Opinion  delivered and filed

this
19th day of July 2005.